```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SEVEN TRADE LLC,

                        Plaintiff,
v.                                                          ORDER

MEDICAL ENGINEERING LLC, et al.,                            No. 22-CV-01673 (PMH)

                        Defendants.
---------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

      Pursuant to the Court's notice docketed on May 2, 2022, an initial pretrial conference was scheduled for June 28, 2022, and the parties were required to submit a proposed case management plan at least one week before the conference. (Doc. 18). Plaintiff was also required to file a letter, as required by the Court's Individual Practices and the notice, explaining the basis for its assertion of subject matter jurisdiction. (*Id.*). The parties have failed to submit the proposed case management plan and the subject matter jurisdiction letter.

      Plaintiff filed affidavits of service stating Defendants were served on March 24, 2022, March 31, 2022, and May 19, 2022, respectively. (Docs. 13-15, 19). Defendants have not appeared in this case and, based on Plaintiff's affidavits of service, Defendants have not timely responded to the Complaint.

      Accordingly, it is hereby **ORDERED** that, if Plaintiff has been in communication with Defendant(s), then by **June 24, 2022**, the parties shall file the proposed case management plan and Plaintiff shall file the subject matter jurisdiction letter, and the parties shall explain why they have not complied with Court deadlines.  If Plaintiff has not been in communication with Defendant(s),

then Plaintiff may present an Order to Show Cause for default judgment in accordance with the Court's Individual Practices on or before the June 28, 2022 conference.

SO ORDERED.

Dated: White Plains, New York
       June 22, 2022

_____
Philip M. Halpern
United States District Judge

2