# OVED & OVED
### ATTORNEYS

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, NY 10601

> Application granted. The initial conference scheduled for June 28, 2022 is adjourned *sine die* in light of the representations in Plaintiff's letter.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 23, 2022

Re: *Seven Trade LLC v. Medical Engineering LLC, et. al.*
**7:22-cv-01673(PMH)**

Dear Judge Halpern:

As counsel for Plaintiff Seven Trade LLC in the above-referenced action, we write pursuant to Rule 2(B) of the Court's Individual Practices in Civil Cases to advise the Court that all Defendants have been served and have failed to timely appear. As such, pursuant to the Court's Order, dated June 22, 2022 (Dkt. 20), Plaintiff intends to file an Order to Show Cause for default judgments against Defendants by June 28, 2022.

In light of the foregoing, Plaintiff respectfully requests that the Court adjourn the Rule 16 initial case management and scheduling conference, presently scheduled for June 28, 2022 (the "Conference"), *sine die*. Plaintiff apologizes for not requesting an adjournment yesterday, June 21, 2022 (one week before the Conference). The date was inadvertently mis-calendared and I had been conducting a jury trial that just concluded today.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*s/ Glen Lenihan*

Glen Lenihan