# Exhibit B

Form 10 - AFFIDAVIT OF MAILING ONLY


P6161533

**OVED & OVED, LLP Glen Lenihan, Esq.**
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

SEVEN TRADE LLC

PLAINTIFF

- vs -

MEDICAL ENGINEERING LLC, ETAL

DEFENDANT

index No. **7:22-CV-01673-PMH**
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:

**RALPH RAYMUNDO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **24th day of March, 2022** at a regular postal depository maintained by the United States at Peck Slip Station, New York, New York, Deponent mailed the copy of

**CIVIL COVER SHEET, SUMMONS AND COMPLAINT**

**to SHLOMO E. SUISSA
the DEFENDANT at
C/O ON SHLOMO E. SUISSA, INDIVIDUALLY AND AS MANAGER OF VIKING SALES GROUP
19400 TURNBERRY WAY
APT 1512
AVENTURA FL 33180**

Copy mailed by first class mail marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

Sworn to before me this
24TH day of MARCH, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

RALPH RAYMUNDO
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-OOLLP-6161533

2a

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 7:22-CV-01673-PMH

Date Filed: _____

Plaintiff: SEVEN TRADE LLC,

vs.

Defendants: MEDICAL ENGINEERING LLC, LONNIE BANKS, VIKING SALES GROUP LLC, AND SHLOMO E. SUISSA,

FIS2022002399

For:
Glen Lenihan, Esq.
OVED & OVED LLP
401 Greenwich St.
New York, NY 10013

Received by PM LEGAL LLC on the 3rd day of March, 2022 at 9:00 am to be served on **SHLOMO E. SUISSA C/O ON SHLOMO E. SUISSA, INDIVIDUALLY AND AS MANAGER OF VIKING SALES GROUP, 19400 TURNBERRY WAY, APT. 1512, AVENTURA, FL 33180.**

I, Cesar Carias, being duly sworn, depose and say that on the **9th day of March, 2022** at **12:30 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **PERAH NAHMANI** as **CO-RESIDENT** at the address of: **19400 TURNBERRY WAY, APT. 1512, AVENTURA, FL 33180**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 120, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Eleventh Judicial Circuit of Florida, in which the process was served. Signed in the State of Florida. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." FS 92.525. Notary not required.

Cesar Carias
1582

Subscribed and Sworn to before me on the 18th day of March, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC
Terri A. McClure
State of Florida
Commission #GG-986869
Expires June 13, 2024

PM LEGAL LLC
1235 Broadway
2nd Floor
New York, NY 10001
(212) 233-4040

Our Job Serial Number: FIS-2022002399
Ref: 6161533

Scanned with CamScanner