# Exhibit A

**Seven Trade LLC**

7 World Trade Center
New York, NY 10007

# Purchase Order

Medical Engineering LLC
42068 Winchester Rd
Temecula, CA 92590

| | |
|---|---|
| PO | T1007 |
| DATE | 01/18/2022 |
| TERMS | Due on receipt |
| DATE | 01/18/2022 |
| Ref | 5551 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Siemens OTC Rapid | Clinitest, Rapid Covid Antigen self test 1 test per box | 350,000 | 5.90 | 2,065,000.00 |

**$2,065,000.00**