# Exhibit C

# Wire Transfer Services
## Outgoing Wire Transfer Request



| | |
|---|---|
| **Today's Date:** 02/03/2022 | **Wells Fargo Reference Number:** FW0000311026340898 |
| **Banker Name:** CARLOS A, RAMIREZ | **Officer/Portfolio Number:** CB514 |
| **Banker Phone:** 310/328-4545 **Branch Number:** 04189 **Banker AU:** 0000311 | **Banker MAC:** E2827-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

### Originator's Information

| | |
|---|---|
| **Originator Name:** SHLOMO E SUISSA | **Street Address:** 19400 TURNBERRY WAY APT 1512 |
| **Primary ID Type:** PINV NS **Primary ID Description:** PIN Validation | **Address Line 2:** |
| **Primary ID St/Ctry/Prov:** **Primary ID Issue Date:** NONE **Primary ID Expiration Date:** NONE | **Address Line 3:** |
| **Secondary ID Type:** DLIC **Secondary ID Description:** S200-785-83-408-8 | **City:** AVENTURA **State:** FL |
| **Secondary ID State/Country:** FL **Secondary ID Issue Date:** 09/09/2021 **Secondary ID Expiration Date:** 11/04/2022 | **ZIP/Postal Code:** 33180-2693 **Country:** US |
| **Account Name:** VIKING SALES GROUP LLC | **Home Phone:** **Business Phone:** 854/659-1744 |

### Wire Amount and Source of Funds

| | | | |
|---|---|---|---|
| **Create AU:** 0000311 | **Amount (US Dollars):** 600,000.00 | **Debit Wells Fargo Account:** ▇▇▇ | **Bank/COID:** 00287 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| **Beneficiary/Recipient Name:** SEVEN TRADE LLC | **Name/Address Line 1:** |
| **Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):** ▇▇▇ | **Name/Address Line 2:** 7 WORLD TRADE PLAZA CENTER, NEW YORK, NY, 10007 |
| **Purpose of Funds:** REFUND SIMENS DEAL | **Name/Address Line 3:** |
| | **Beneficiary Phone Number:** |
| **Additional Instructions:** | |





ARLOS RAMIREZ
nall Business Banker
ablo Español
MLS ID: 1375043

Old Town Torrance
MAC E2827-011
1403 Sartori Ave
Torrance, CA 90501
24 Hour Cust. Service: 800 869 3557
Tel: 424 271 8590
Tel: 310 328 4545
carlos.a.ramirez@wellsfargo.com

ells Fargo Bank, N.A.

Page 1 of