# Exhibit D



## CHASE PRIVATE

Printed from Chase Private Clie

✓ **We've scheduled your wire.**
Please print and save this page for your records.

**Account details**

| | |
|---|---|
| Wire to | Seven Trade (...7126) |
| Wire from | PFIM 3766 (...3766) |
| Wire status | Pending |
| Transaction number | 5321845486 |

**Sender information**

| | |
|---|---|
| Wire date | Feb 10, 2022 |
| Wire amount | $900,000.00 USD (U.S. Dollars) Outgoing |
| Wire transfer fee | No fee |

**Additional information**