# Exhibit E



**AF Trucking USA Inc.**
51 Forest Rd
STE # 316-224
Monroe NY 10950

# Invoice

73208

2/11/2022

**Bill To**

Seven Trade LLC
7 World Trade Center. 46th Floor
New York, NY 10007

| Item | Qty | Shipment Info | Amount |
|---|---|---|---|
| .Trailer | 1 | 2/10/22 - Canceled Trailer Torrance, CA 90501 to Oklahoma City, OK 73149 | 12,500.00 |

| | |
|---|---|
| Total | $12,500.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$12,500.00** |

Please make checks payable to AF Trucking USA Inc
and mail to 51 Forest Rd STE # 316-224 Monroe NY 10950
To pay with Quickpay send your payment to aftruckingusainc@gmail.com

Thank you for your business!