# Exhibit F

Case 7:22-cv-01673-PMH   Document 34-6   Filed 06/27/22   Page 1 of 2



AF Trucking USA Inc.
51 Forest Rd
STE # 316-224
Monroe NY 10950

# Invoice

73311

2/18/2022

**Bill To**

Seven Trade LLC
7 World Trade Center. 46th Floor
New York, NY 10007

| Item | Qty | Shipment Info | Amount |
|---|---|---|---|
| .Trailer | 1 | 2/17/22 - Canceled Trailer Torrance, CA 90501 to Oklahoma City, OK 73149 | 12,500.00 |

Total  $12,500.00

Payments/Credits  $0.00

**Balance Due**  **$12,500.00**

Please make checks payable to AF Trucking USA Inc
and mail to 51 Forest Rd STE # 316-224 Monroe NY 10950
To pay with Quickpay send your payment to aftruckingusainc@gmail.com

Thank you for your business!