UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SEVEN TRADE LLC,

              *Plaintiff*,

-against-

MEDICAL ENGINEERING LLC, LONNIE BANKS,
VIKING SALES GROUP LLC, AND SHLOMO E.
SUISSA,

              *Defendants*.
------------------------------------------------------------------------X

No. 7:22-cv-01673 (PMH)

[P̶R̶O̶P̶O̶S̶E̶D̶]
**DEFAULT JUDGMENT**

This action having commenced by the filing of a complaint dated February 28, 2022 (the "Complaint"), and a copy of the Summons and Complaint having been served on (1) Shlomo E. Suissa ("Suissa") via substitute service on Suissa's co-resident, Perah Nahmai, at Suissa's usual place of abode and mailing an additional copy to Suissa, and proof of service having been filed with the Court on March 29, 2022; (2) Lonnie Banks ("Banks"), by serving Allen "Doe," a manager at Banks' actual place of business who was authorized to accept service for Banks, and then mailing an additional copy to Banks at said place of business, and proof of service having been filed with the Court on March 29, 2022; (3) Medical Engineering LLC ("Medical Engineering") via service on its registered agent, the First State Registered Agent Company, and proof of service having been filed with the Court on April 1, 2022; and (4) Viking Sales Group LLC ("Viking") via the Florida Secretary of State, and proof of service having been filed with the Court on May 20, 2022; and Defendants not having answered the Complaint and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: that j̶u̶d̶g̶m̶e̶n̶t̶ ̶f̶o̶r̶ ̶P̶l̶a̶i̶n̶t̶i̶f̶f̶'̶s̶ ̶c̶o̶m̶p̶e̶n̶s̶a̶t̶o̶r̶y̶ ̶d̶a̶m̶a̶g̶e̶s̶ ̶i̶s̶ ̶h̶e̶r̶e̶b̶y̶ ̶e̶n̶t̶e̶r̶e̶d̶ ̶i̶n̶ ̶f̶a̶v̶o̶r̶ ̶o̶f̶ ̶P̶l̶a̶i̶n̶t̶i̶f̶f̶ ̶a̶n̶d̶ ̶a̶g̶a̶i̶n̶s̶t̶ ̶S̶u̶i̶s̶s̶a̶,̶ ̶B̶a̶n̶k̶s̶,̶ ̶M̶e̶d̶i̶c̶a̶l̶ ̶E̶n̶g̶i̶n̶e̶e̶r̶i̶n̶g̶,̶

[next page]

and Viking (collectively, "Defendants"), jointly and severally, in the amount of $1,625,000, and for Plaintiff's lost profits against Medical Engineering in the additional amount of $1,161,500, for a total judgment of $2,786,500 plus pre-judgment interest from February 3, 2022 until the date of entry of judgment at a rate of 9% per annum in the amount of _____, and post-judgment interest at the rate of 9% per annum, and any other relief the Court may deem appropriate.

Dated: New York, New York
          _____, 2022

                                                    Hon. Philip M. Halpern
                                                    United States District Judge

Suissa, Banks, Medical Engineering, and Viking (collectively, "Defendants"), based upon their default in appearance herein as noted in the Clerk's Certificates of Default entered by the Clerk of Court, are liable to Plaintiff on the claims for relief as enumerated against each Defendant and as set forth in the Complaint; and that

judgment be, and hereby is, entered in favor of Plaintiff and against Defendants, jointly and severally, in the total principal amount of $2,786,500.00, plus pre-judgment interest from February 3, 2022 until the date of entry of judgment at a rate of 9% per annum in the amount of $152,532.25, for a total award of $2,939,032.25, and post-judgment interest at the rate provided by law, and that Plaintiff shall have execution therefor.

Dated: White Plains, New York
       September 13, 2022

                                              _____
                                              Hon. Philip M. Halpern
                                              United States District Judge