UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SEVEN TRADE LLC,

                        *Plaintiff*,

      -against-

MEDICAL ENGINEERING LLC, LONNIE BANKS, VIKING SALES GROUP LLC, AND SHLOMO E. SUISSA,

                        *Defendants*.
-----------------------------------------------------------------------x

Index No.: 7:22-cv-01673

**DECLARATION OF SERVICE**

      I, Jonathan A. Lynn, the undersigned, an attorney duly admitted to practice in the state of New York, with offices at 401 Greenwich Street, New York, NY 10013, pursuant to 28 U.S.C. § 1746, and under penalty of perjury under the laws of the United States of America, declare as follows:

      On September 16, 2022, I served copies of the Default Judgment of the U.S. District Court, Southern District of New York (Halpern, J.), dated September 13, 2022 and entered September 14, 2022 (ECF Doc. No. 40), on each of the Defendants by placing true and correct copies thereof in sealed, properly addressed envelopes, with postage paid thereon, and caused said documents to be deposited in an official depository maintained by the United States Postal Service, in the city and state of New York, to be delivered via First-Class Mail to Defendants or their registered and/or managing agents at the following addresses:

      Medical Engineering LLC
      c/o The First State Registered Agent Company
      1925 Lovering Ave
      Wilmington, DE 19806

      Lonnie Banks
      42068 Winchester Rd
      Temecula, CA 92590

Viking Sales Group, LLC
c/o Shlomo E. Suissa
790 N Dixie Hwy, Suite D
Hollywood, FL 33020

Shlomo E. Suissa
19400 Turnberry Way, Apt 1512
Aventura, FL 33180

Dated: New York, New York
         September 16, 2022

_____
Jonathan A. Lynn